Argued and submitted October 12, affirmed as modified on appeal and affirmed on cross-appeal November 12, 1987

In the Matter of the Marriage of

REINHOLT,
*Respondent - Cross-Appellant,*
*and*

REINHOLT,
*Appellant - Cross-Respondent.*

(D850816; CA A42369)

744 P2d 1009

Jan Peter Londahl, Aloha, argued the cause for appellant - cross-respondent. On the briefs was J. B. Smith, Aloha.

Patrick L. Hadlock, Corvallis, argued the cause for respondent - cross-appellant. With him on the brief were Robert G. Ringo and Ringo & Stuber, P.C., Corvallis.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this action to dissolve an 18 1/2 year marriage, we affirm in all particulars, except as to the award to wife of "temporary spousal support" of $100 for 36 months. On *de novo* review, we conclude that that award is inadequate. Accordingly, paragraph 11 of the judgment is modified to award wife spousal support of $200 a month for a period of five years from the date of the original judgment, and $100 a month for the next five years.

Affirmed as modified on appeal; affirmed on cross-appeal. No costs to either party.